LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant,
Paul Bottari*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| GAETAN PELLETIER, PRO SE<br><br>Plaintiff,<br><br>vs.<br><br>PAUL BOTTARI dba BOTTARI REALTY and MICHAEL RODRIGUEZ,<br><br>Defendants. | CASE NO.: 3:21-cv-00253-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT PAUL BOTTARI dba BOTTARI REALTY'S MOTION TO DISMISS COMPLAINT [ECF NO. 10]**<br><br>**(First Stipulation)** |

Pursuant to Local Rule 7-1, Plaintiff GAETAN PELLETIER ("Plaintiff") and Defendant PAUL BOTTARI dba BOTTARI REALTY ("Defendant"), by and through their respective counsel, agree and stipulate as follows:

1. On July 14, 2021, Defendant filed its Motion to Dismiss Complaint [ECF No. 5].

2. On July 27, 2021, Plaintiff filed his Response and Objections to Defendant's Motion to Dismiss Complaint [ECF 10].

3. The current deadline for Defendant to file a Reply to Plaintiff's Response and Objections to Motion to Dismiss Complaint is August 3, 2021.

4. The parties have agreed that Defendant may have an additional period to file its Reply to Plaintiff's Response and Objections to Defendant's Motion to Dismiss Complaint, making the deadline therefor to be on **Monday, August 9, 2021**.

5.  Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel requires more time to evaluate and respond to the Plaintiffs' Response and Objections to Defendant's Motion to Dismiss Complaint.

6.  The parties have entered into this agreement in good faith and not for purposes of delay. This request will not cause any prejudice to the parties in this matter.

Dated this 3rd day of August, 2021.   Dated this 3rd day of August, 2021.

**GAETAN PELLETIER, PRO SE**   **LIPSON NEILSON P.C.**

*/s/ Gaetan Pelletier*   */s/ Amber M. Williams*
_____   _____
Gaetan Pelletier   Amber M. Williams, Esq.
1601 Robinhood Road   Nevada Bar No. 12301
Vista, CA 92084   9900 Covington Cross Drive, Suite 120
gaetan2000@aol.com   Las Vegas, Nevada 89144
*Pro se Plaintiff*   *Attorneys for Defendant,*
   *Paul Bottari*

**IT IS SO ORDERED.**

_____

MIRANDA M. DU

CHIEF UNITED STATES DISTRICT JUDGE

DATED THIS 3rd Day of August 2021.