## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GAETAN PELLETIER, | ) | 3:21-cv-00253-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 16, 2021 |
| PAUL BOTTARI dba BOTTARI REALTY, | ) | |
| and MICHAEL RODRIGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KAREN WALKER </u>    REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Demand for Security of Costs from Plaintiff Gaetan Pelletier pursuant to NRS 18.130(1) (ECF No. 11).  To date, there has been no response filed by Plaintiff.

Defendant's Demand for Security of Costs (ECF No. 11) is **GRANTED**.  Plaintiff Gaetan Pelletier shall post a bond or cash deposit in the amount of $500 pursuant to Nev. Rev. Stat. 18.130(1) on or before **Friday, August 27, 2021**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  <u>      /s/                              </u>
Deputy Clerk